CHRISTOPHER M. KELLER, ESQ.
Nevada Bar No. 7399
PYATT SILVESTRI
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
(702) 383-6000
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ALLSTATE FIRE and CASUALTY
INSURANCE COMPANY,

        Plaintiff,

vs.

SHAWN DEVINE; LOREN DEVINE;
WILLIAM WALKDEN; and DOES
I through XX, inclusive,

        Defendants.

CASE NO. 2:12-cv-00523-JCM-RJJ

**JUDGMENT**

WHEREAS, the Plaintiff's Motion for Summary Judgment having come on before this court, and pursuant to Order of the Court thereby granting Plaintiff's Motion for Summary Judgment; the Court finds:

That there is no coverage existed under the auto or homeowner policy and Plaintiff Allstate Fire & Casualty Insurance Company does not need to defend Shawn Devine in *William Walkden vs. Shawn Devine, et al.*, District Case No. A-10-629822-C.

. . .
. . .
. . .
. . .
. . .
. . .

1  NOW THEREFORE, Judgment is hereby entered that Plaintiff recover of and from the
2  Defendant, costs incurred in this action amounting to the sum of SEVEN HUNDRED, SIXTY-
3  FOUR DOLLARS AND 97/100 CENTS ($764.97).

DATED May 17, 2013.

_____
JAMES C. MAHAN, U.S. District Judge

SUBMITTED BY:

PYATT SILVESTRI

_____
CHRISTOPHER M. KELLER, ESQ.
Nevada Bar No. 7399
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Attorneys for Defendant