JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
PYATT SILVESTRI
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
(702) 383-6000
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE FIRE and CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SHAWN DEVINE; LOREN DEVINE; WILLIAM WALKDEN; and DOES I through XX, inclusive,<br><br>Defendants. | CASE NO. 2:12-cv-00523-JCM-RJJ |

**AMENDED JUDGMENT**

WHEREAS, the subject Defaults were entered against Defendants Shawn Devine, Loren Devine and Kim Devine on August 10, 2012; and

WHEREAS, the Plaintiff's Motion for Summary Judgment against Defendant William Walkden, having come on before this Court, and pursuant to Order of the Court thereby granting Plaintiff's Motion for Summary Judgment with the Court finding that:

1. no coverage exists under either the Allstate automobile or homeowner policy, and

2. Plaintiff Allstate Fire & Casualty Insurance Company does not owe a duty to defend Shawn Devine in William Walkden vs. Shawn Devine, et al., District Case No. A-10-629822-C; and

JUDGEMENT is hereby entered in favor of Plaintiff ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY and against Defendants SHAWN DEVINE, LOREN DEVINE, and KIM DEVINE in accordance with the ruling of the Court's Findings; and

JUDGMENT is also hereby entered in favor of Plaintiff ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY and against Defendant WILLIAM WALKDEN in the amount of SEVEN HUNDRED, SIXTY-FOUR DOLLARS AND 97/100 CENTS ($764.97), in accordance with the Court's Findings.

DATED November 24, 2014.

_____
JAMES C. MAHAN, U.S. District Judge

SUBMITTED BY:

PYATT SILVESTRI

_____
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Attorneys for Plaintiff
ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY

2